AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LEADER ENTERTAINMENT S.A., f/k/a LEADER MUSIC S.A., an Argentinian company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CROM PRODUCTIONS, LLC, a Florida limited liability company; ANCLA PRODUCTIONS, LLC, a Florida limited Liability company; and CLAUDIO R. BERRAUD, an individual <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-22839 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ancla Productions, LLC
c/o Registered Agent, Claudio R. Berraud
3110 Belmar Street
Ft. Lauderdale, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elio Martinez, Esq.
Gray Robinson, PA
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/25/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LEADER ENTERTAINMENT S.A., f/k/a LEADER MUSIC S.A., an Argentinian company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CROM PRODUCTIONS, LLC, a Florida limited liability company; ANCLA PRODUCTIONS, LLC, a Florida limited Liability company; and CLAUDIO R. BERRAUD, an individual <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-22839 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Claudio R. Berraud
3110 Belmar Street
Ft. Lauderdale, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elio Martinez, Esq.
Gray Robinson, PA
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/25/2024

Angela E. Noble
Clerk of Court

SUMMONS

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LEADER ENTERTAINMENT S.A., f/k/a LEADER MUSIC S.A., an Argentinian company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CROM PRODUCTIONS, LLC, a Florida limited liability company; ANCLA PRODUCTIONS, LLC, a Florida limited Liability company; and CLAUDIO R. BERRAUD, an individual <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-22839 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Crom Productions, LLC
c/o Registered Agent, Flavio Rodrigo Sierra
3110 Belmar Street
Ft. Lauderdale, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elio Martinez, Esq.
Gray Robinson, PA
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jul 25, 2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS